UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HEYWARD JOHNSON, JR.,

                Plaintiff,

      -against-                                 08 Civ. 11373 (LAK)

VERIZON,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In a report and recommendation dated September 21, 2009, Magistrate Judge Gabriel Gorenstein recommended that plaintiff's motion to dismiss the complaint as untimely be granted. Plaintiff's objection is frivolous and is overruled. The motion to dismiss the complaint is granted. The Clerk shall close the case.

        SO ORDERED.

Dated:      November 3, 2009

                                                        Lewis A. Kaplan
                                                    United States District Judge